**Vincent John HALL, Plaintiff— Appellant,**

v.

**Officer Duron BURNEY; Town of Maxton, Defendants— Appellees,**

**and**

**Maxton Police, Defendant.**

No. 12–1333.

United States Court of Appeals, Fourth Circuit.

Submitted: June 28, 2012.

Decided: Aug. 1, 2012.

Vincent John Hall, Appellant Pro Se. Ronnie Monroe Mitchell, The Mitchell Law Group, Fayetteville, North Carolina; Andrew James Santaniello, Clawson & Staubes, PLLC, Charlotte, North Carolina, for Appellees.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent John Hall seeks to appeal the district court's order denying his motion seeking $5000 in damages in his ongoing 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hall seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*